**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

EMILIO PEREZ,

　　　　　　　　　　Plaintiff,

　　　　-v-

COMMISSIONER OF SOCIAL SECURITY,
　　　　　　　　　　Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3\9\2020

19 **CIVIL** 4000 (ER)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 6, 2020, that the decision of the Commissioner of Social

Security is reversed and that this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
　　　　March 9, 2020

　　　　　　　　　　　　　　　　　　　**RUBY J. KRAJICK**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Clerk of Court**
　　　　　　　　　　　　BY:
　　　　　　　　　　　　　　　Kmango
　　　　　　　　　　　　　　　　　　　**Deputy Clerk**